UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 26-mj-94 |
| | ) | |
| In the Matter of the Extradition of: | ) | |
| Hamdija Alukic, | ) | |

# MOTION TO RELEASE ON CONDITIONS

Hamdija Aluke (Alikic), who is detained after an extradition request by the Government of Bosnia and Herzegovina (Bosnia), moves the court to set conditions of release. As grounds for this motion he would show:

Alukic intends to oppose Bosnia's attempt to extradite him, and intends to raise viable legal defenses including the political offense exclusion.[1] He requests release on conditions so that he can prepare with counsel a defense to the extradition request.

While bail is not ordinarily be granted in cases of foreign extradition, courts retain the power to grant release under special circumstances. *Wright v. Henkel*, 190 U.S. 40, 63 (1903). Movant requests that the court set a hearing at which he can demonstrate that he is not a flight risk, that he is not a danger to the community, and further show that his advanced age, medical condition, character and background, ties

[1] The political offense exclusion is explicitly set forth in Article VI of the Treaty between the United States and the Kingdom of Servia prohibits extradition for "political character offenses." See also *Quinn v. Robinson*, 783 F.2d 776 (9th Cir 1986) "A fugitive criminal shall not be surrendered if the offense in respect of which his surrender is demanded be of a political character, or if he proves that the requisition for his surrender has, in fact, been made with a view to try to punish him for an offense of a political character."

to the community, and the unusual delay in institution of the Bosnian investigation and the extradition process constitute special circumstances warranting release on conditions pending the extradition hearing.

/s/ Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Hamdija Alukic
465 Dauphin Street
Mobile, Alabama 36602
(251) 432-0380

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA George May, Esq.

/s/ Arthur J. Madden, III