IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | * | |
| THE EXTRADITION OF | * | 26-mj-94 |
| HAMDIJA ALUKIC | * | |

ORDER ON UNOPPOSED MOTION

For the reasons stated in the Motion and on the record at the status conference earlier today, the Court GRANTS the Government's Unopposed Motion (Doc. 32) to cancel the Final Extradition Certification Hearing currently set for November 9, 2026, terminates the related briefing schedule, and GRANTS the Government's request to release Defendant Alukic on appropriate conditions. The Court finds that the new information which necessitates additional Department of State review to determine whether pursuit of extradition remains appropriate (Doc. 32, Exhibit 1), coupled with the related delay required for the review, constitutes a special circumstance which supports release for Alukic.

The Court ORDERS Alukic released on the following conditions:

(1) Alukic must appear in Court when required;

(2) Alukic must not commit any violations of local, state or federal law;

(3) Alukic must surrender any passport or other document which allows for international travel to the Clerk of Court upon release and must not

obtain a new passport or other document which allows for international travel;

(4) Alukic must maintain his residence at the Schillinger Road location referenced in his pleadings;

(5) Tammy Theresa Matthews and Bernard Alukic will serve as co-Third-Party custodians to ensure Alukic abides by all conditions and appears in Court and at the United States Probation Office at all required times;

(6) Alukic must not travel outside the Southern District of Alabama without permission from the Probation Office;

(7) Alukic and his co-Third-Party custodians must report, along with counsel for Alukic, to the United States Probation Office on the next business day following his release. After the initial meeting, one of the co-Third-Party custodians must be present with Alukic for each meeting at the Probation Office to assist with translation and communication at those meetings; and

(8) Alukic must not possess a firearm, destructive device or other dangerous weapon.

ORDERED this the 11th day of September, 2026.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE